128                1820
Supreme Court

*Benjamin F. Larned*
*vs*
*William G Taylor*
*Wolcott Lawrance*
*Benjamin Davis*

Samuel Sherwood
Nov 30th            Dy Sheff
1822
Filed in Clerk's office
30th Nov 1822
    Jer V R Ten Eyck
        Depy Clerk.

Territory of Michigan
supreme court

*Benjamin F. Larned*
*vs*
*William G Taylor*
*Wolcott Lawrance &*
*Benjamin Davis*

        Gent

        Take Notice, That pursuant to an act of this Territory entitled "an act to abolish imprisonment for debt in certain cases and for other purposes" and the amendments thereof — I will on the Twenty fifth day of December next ten oclock in the fore noon of that day on *appraisal* — according to the act aforesaid, Sett off to Benjamin F Larned Plaintiff

in the above suit the Real Estate herein after mentioned — or so much thereof as will be sufficient to satisfy and discharge the Judgment and costs in favour of said Plaintiff against William G Taylor — Wolcott Lawrance & Benjamin Davis defendants in the suit afores^d

Upon which Judgment an Execution hath issued and I am committed to the Jail in and for the County of Monroe in the Territory afores^d by Virtue thereof — To wit  Lots No 91 and 132 and the North halves of Lots No 92 and 131 — situate in the Village of Monroe in the County and Territory aforesaid — being the same on which I now reside — Bounded as follows on the West by McComb Street — on the North by Lots No. 90 — & 133 — on the East by Francis Navarres west line — on the south by the south halves of Lots No — 131 — & 92 —

Monroe   Nov 21st 1822

W G Taylor

To Messr^s Hunt & Larned ⎫
  Representatives & Atty^s ⎬
  for the above Plaintiff ⎭

[In the handwriting of William G. Taylor]